IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LAYMOND L. ANDREWS, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:16-CV-1187 |
| SGT. WALKER, et al., | ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on October 3, 2016, was served on the plaintiff. (Docs. 3, 4). No objections were filed. The Magistrate Judge found that venue is not proper in this District and recommended that the action be transferred to the Western District of North Carolina. No further review of the complaint, including review pursuant to 28 U.S.C. § 1915, was undertaken. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action be transferred to the United States District Court for the Western District of North Carolina.

This the 28th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE